| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-15589-AMC**

SAMANTHA LASHEAR LOMAX
21 E Herman Street
Philadelphia  PA    19144

Petition Filed Date: 09/09/2019
341 Hearing Date: 11/15/2019
Confirmation Date: 09/14/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $1,446.39 | | 09/05/2023 | $1,446.39 | | 10/05/2023 | $1,446.39 | |
| 11/06/2023 | $1,446.39 | | 12/05/2023 | $1,446.39 | | 01/05/2024 | $1,446.39 | |
| 02/05/2024 | $1,446.39 | | 03/06/2024 | $1,446.39 | | 04/04/2024 | $1,446.39 | |
| 05/06/2024 | $1,446.39 | | 06/04/2024 | $1,446.39 | | 07/08/2024 | $1,446.39 | |

**Total Receipts for the Period:  $17,356.68    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $61,123.59**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JONATHAN J SOBEL ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 1 | PHILADELPHIA GAS WORKS »» 001 | Secured Creditors | $2,100.79 | $2,100.79 | $0.00 |
| 2 | SANTANDER CONSUMER USA INC »» 02S | Secured Creditors | $754.59 | $754.59 | $0.00 |
| 3 | SANTANDER CONSUMER USA INC »» 02U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SELECT PORTFOLIO SERVICING INC »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | SELECT PORTFOLIO SERVICING INC »» 004 | Mortgage Arrears | $32,500.91 | $32,500.91 | $0.00 |
| 6 | PHILADELPHIA FEDERAL CREDIT UNION »» 005 | Unsecured Creditors | $11,765.50 | $11,125.10 | $640.40 |
| 7 | DELL FINANCIAL SERVICES LP »» 006 | Unsecured Creditors | $1,517.81 | $1,435.20 | $82.61 |
| 8 | NATIONSTAR MORTGAGE LLC »» 007 | Mortgage Arrears | $636.78 | $636.78 | $0.00 |
| 9 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $218.76 | $206.85 | $11.91 |
| 10 | JP MORGAN CHASE BANK NA »» 009 | Mortgage Arrears | $64.92 | $64.92 | $0.00 |
| 11 | CITY OF PHILADELPHIA (LD) »» 10A | Secured Creditors | $374.65 | $374.65 | $0.00 |
| 12 | CITY OF PHILADELPHIA (LD) »» 10B | Secured Creditors | $3,650.61 | $3,650.61 | $0.00 |
| 13 | CITY OF PHILADELPHIA (LD) »» 11P | Priority Crediors | $242.58 | $242.58 | $0.00 |
| 14 | CITY OF PHILADELPHIA (LD) »» 11S | Secured Creditors | $910.20 | $910.20 | $0.00 |

| 15 | CITY OF PHILADELPHIA (LD) »» 11U | Unsecured Creditors | $204.78 | $193.64 | $11.14 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $61,123.59 | Current Monthly Payment: | $1,446.39 |
| Paid to Claims: | $55,696.82 | Arrearages: | $4.95 |
| Paid to Trustee: | $5,426.77 | Total Plan Base: | $62,574.93 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.