**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

**In re** Samantha Lashear Lomax

      **Debtor**                                       Case No. 19-15589(JKF)

                                                           Chapter 13

**CERTIFICATION IN SUPPORT OF DISCHARGE**

I, Samantha Lomax, debtor in this case certify as follows:

1. All payments required to be made by me under my Plan have been made and are paid in full.

2. I am not required to pay domestic support obligations. I certify under penalty of perjury that the above is true.

Date: September 13, 2024

/s/Samantha Lomax
Samantha Lomax