United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-15589-amc
Samantha Lashear Lomax     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Oct 09, 2024     Form ID: 138OBJ     Total Noticed: 54

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samantha Lashear Lomax, 21 E. Herman Street, Philadelphia, PA 19144-2016 |
| 14393433 | + | Certified Emergency Services, LLC, P.O. Box 28814, Philadelphia, PA 19151-0814 |
| 14391260 | + | Federal Home Loan Mortgage Corporation,, C/O DANIEL P. JONES, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14393452 | + | Homeward Residential, 1525 South Belt Line Road, Coppell, TX 75019-4913 |
| 14390601 | #+ | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, C/O KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Ste. 150, King of Prussia, PA 19406-4702 |
| 14812085 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o MARIO J. HANYON, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr. Winston-Salem, NC 27103-2930 |
| 14393462 | + | SST / Synovus, P.O. Box 3997, Saint Joseph, MO 64503-0997 |
| 14410568 | + | Santander Consumer USA Inc., C/O WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14393460 | + | Seteru, Inc., 14523 SW Millikan Way Street, Beaverton, OR 97005-2344 |
| 14393461 | + | Springdale Financial Services, 7400 Front Street, Cheltenham, PA 19012-1403 |
| 14393464 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 14393435 | + | Water Department, City of Philadelphia, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 09 2024 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 09 2024 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14393448 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 09 2024 23:51:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 14473844 | | Email/Text: megan.harper@phila.gov | Oct 09 2024 23:52:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14451240 | | Email/Text: megan.harper@phila.gov | Oct 09 2024 23:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14393436 | | Email/Text: megan.harper@phila.gov | Oct 09 2024 23:52:00 | City of Philadelphia, Water Department, 1515 Arch Street, Philadelphia, PA 19102 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: 138OBJ | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 14490511 | | Email/Text: megan.harper@phila.gov | Oct 09 2024 23:52:00 | City of Philadelphia, c/o PAMELA ELCHERT THURMOND, City of Philadelphia, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14393449 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 09 2024 23:58:00 | Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14393450 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2024 23:51:00 | Comenity Bank / Fashbug, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14393439 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2024 23:51:00 | Comenity Bank / LnBryant, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14393441 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2024 23:51:00 | Comenity Bank / Myplacerwds, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14393440 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2024 23:51:00 | Comenity Bank / Victoria, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14393442 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 09 2024 23:57:40 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 14410985 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2024 23:57:51 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14393447 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 09 2024 23:58:23 | Webbank / DFS, 1 Dell Way, Round Rock, TX 78682 |
| 14406467 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 09 2024 23:52:00 | Deutsche Bank National Trust Company, as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14393451 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 09 2024 23:51:00 | FIA Card Services, P.O. Box 982238, El Paso, TX 79998-2238 |
| 14396152 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 09 2024 23:52:00 | Federal Home Loan Corporation, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14390838 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 09 2024 23:52:00 | Federal Home Loan Mortgage Corporation, C/O Select Portfolio Servicing, Inc, 3815 South West Temple,, Salt Lake City, UT 84115 |
| 14393453 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 09 2024 23:58:01 | JPMCB Auto, P.O. Box 901003, Ft. Worth, TX 76101 |
| 14393454 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 09 2024 23:57:38 | JPMCB Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14393443 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 09 2024 23:57:51 | JPMCB HL, 700 Kansas Lane, Monroe, LA 71203 |
| 14422464 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 09 2024 23:57:58 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14393438 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 09 2024 23:58:21 | Chase, P.O. Box 182613, Columbus, OH 43218 |
| 14393456 | | Email/Text: bk@lendmarkfinancial.com | Oct 09 2024 23:51:00 | Lendmark Financial Services, 2118 Usher Street, NW, Covington, GA 30014 |
| 14420204 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2024 23:58:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14393434 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 09 2024 23:51:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14810778 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 09 2024 23:51:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14393444 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 09 2024 23:51:00 | Nationstar, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14919961 | ^ | MEBN | Oct 09 2024 23:42:45 | Nationstar Mortgage LLC, C/O KML Law Group, |

Case 19-15589-amc   Doc 216   Filed 10/11/24   Entered 10/12/24 00:33:19   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: 138OBJ | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14810777 | + | Email/Text: EBN@brockandscott.com | Oct 09 2024 23:51:00 | Nationstar Mortgage LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14389967 | + | Email/Text: amps@manleydeas.com | Oct 09 2024 23:51:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Sarah E. Barngrover, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14389474 | | Email/Text: amps@manleydeas.com | Oct 09 2024 23:51:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Karina Velter, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14413738 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 09 2024 23:51:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 14393457 | | ^ MEBN | Oct 09 2024 23:42:50 | Ocwen, P.O. Box 24646, West Palm Beach, FL 33416-4646 |
| 14393445 | | Email/Text: CollectionsDept@PFCU.COM | Oct 09 2024 23:51:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14393579 | | ^ MEBN | Oct 09 2024 23:42:47 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14395712 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 09 2024 23:52:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14393437 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 09 2024 23:52:00 | SPS, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14393446 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 09 2024 23:52:00 | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14393458 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 09 2024 23:58:09 | Sears / CBNA, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14393459 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 09 2024 23:52:00 | Select Portfolio Services, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14393463 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Webbank / DFS, 1 Dell Way, Round Rock, TX 78682 |
| 14406468 | * | Deutsche Bank National Trust Company, as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14393455 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB HL, 700 Kansas Lane, Monroe, LA 71203 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 09, 2024 | Form ID: 138OBJ | Total Noticed: 54 |

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2024          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:

**Name**          **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

ALYK L OFLAZIAN
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

ANDREW L. SPIVACK
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com

BERNADETTE IRACE
    on behalf of Creditor Deutche Bank National Trust Company  as Trustee birace@moodklaw.com, bkecf@milsteadlaw.com

DANIEL P. JONES
    on behalf of Creditor Federal Home Loan Mortgage Corporation  et.al. djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

JONATHAN J. SOBEL
    on behalf of Debtor Samantha Lashear Lomax mate89@aol.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION KRLITTLE@FIRSTAM.COM

MARIO J. HANYON
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROGER FAY
    on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, rfay@alaw.net, bkecf@milsteadlaw.com

ROGER FAY
    on behalf of Creditor Deutche Bank National Trust Company  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 16

*Form 138OBJ* (6/24)−doc 215 − 207

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>  Samantha Lashear Lomax )<br>  aka Samantha L. Lomax )<br>  )<br>  Debtor(s). )<br>  )<br>  ) | Case No. 19−15589−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 9, 2024                              For The Court

                                                                                                              Timothy B. McGrath
                                                                                                              Clerk of Court